[No. 13692-9-II.   Division Two.   July 15, 1992.]

*In the Matter of the Estate of*
ALAN T. CUNNINGHAM.

CHARLOTTE H. CUNNINGHAM, *as Personal Representative, Appellant*, v. JANET SCHARF, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-4-00047-4, Grant S. Meiner, J., entered February 16, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13462-4-II.   Division Two.   July 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MACK C. COLQUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-01696-0, Bruce W. Cohoe, J., entered December 19, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 15088-3-II.   Division Two.   July 15, 1992.]

VOCATIONAL SERVICES NORTHWEST, INC., *Appellant*, v. JOSEPH A. DEAR, *as Director of the Department of Labor and Industries, Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-00646-1, Robert J. Doran, J., entered May 24, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.